ROBERT P. VARIAN (SBN 107459)
Email: rvarian@orrick.com
RUSSELL P. COHEN (SBN 213105)
Email: rcohen@orrick.com
LACEY BANGLE (SBN 284773)
Email: lbangle@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773 5700
Facsimile: (415) 773 5759

Attorneys for Respondents
1955 CAPITAL FUND I GP LLC AND
1955 CAPITAL CHINA FUND GP LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHINA FORTUNE LAND DEVELOPMENT AND GLOBAL INDUSTRIAL INVESTMENT LIMITED,<br><br>        Petitioners,<br><br>    v.<br><br>1955 CAPITAL FUND I GP LLC AND 1955 CAPITAL CHINA FUND GP LLC,<br><br>        Respondents. | Case No. 19-cv-07043-VC<br><br>**[PROPOSED] ORDER GRANTING RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBIT 1 TO DECLARATION OF ANDREW CHUNG IN SUPPORT OF MOTION TO SEAL** |

The Court, having reviewed Respondents' Renewed Administrative Motion to File under Seal Portions of Final Award, the supporting Declaration of Andrew Chung and any opposition submitted by Petitioners thereto, hereby finds as follows:

(1) Respondents have compelling reasons for protecting the limited confidential business information contained in the redacted portions of Exhibit 1 to the Declaration of Andrew Chung in Support of Sealing Limited Portions of Final Award, which overcomes the right of public interest to that information;

(2) Those compelling reasons support sealing the confidential business information contained in the redacted portions of the Exhibit 1;

(3) A substantial probability exists that Respondents would be prejudiced if the confidential business information contained in the redacted portions of Exhibit 1 is not shielded from public view;

(4) The proposed sealing is narrowly tailored to only the redacted portions of Exhibit 1; and

(5) There is no less restrictive means to achieve protection of Respondents' interest.

Accordingly, for good cause appearing, the Court GRANTS the Respondents' Renewed Administrative Motion to File Under Seal Limited Portions of the Final Award. The Court orders that the Clerk of the Court shall place the "original/unredacted" version of Exhibit 1 in an envelope provided. Only this Court, court personnel, and interested parties to this case may inspect the records sealed by this Order.

**IT IS SO ORDERED.**

Date: _February 18,_ 2020

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE