UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA FORTUNE LAND DEVELOPMENT and GLOBAL INDUSTRIAL INVESTMENT LTD., <br><br> Plaintiff, <br><br> v. <br><br> 1955 CAPITAL FUND I GP LLC and 1955 CAPITAL CHINA FUND GP LLC, <br><br> Defendants. | CASE NO. 19-cv-07043 <br><br> **[PROPOSED] ORDER GRANTING PETITIONERS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

The Court, having reviewed Petitioners China Fortune Land Development and Global Industrial Investment Ltd.'s ("CFLD/GIIL") administrative motion to file under seal and declaration in support thereof, and any opposition thereto, finds as follows:

There exists good cause to seal the portions of Petitioners' Opposition to Respondents' Renewed Administrative Motion to File Under Seal Portions of Final Award that are highlighted in the version lodged under seal. Accordingly, the motion is hereby GRANTED, and IT IS ORDERED:

(1) that the clerk prominently label the unredacted version of Petitioners' Opposition to Respondents' Renewed Administrative Motion to File Under Seal Portions of Final Award "SEALED BY ORDER OF THE COURT" along with the date of this Order; and

(2) that no other person other than the Court is authorized to inspect the sealed record.

**IT IS SO ORDERED.**

Dated: February 18, 2020

Hon. Vince Chhabria
United States District Court Judge