| | |
|---|---|
| JULIAN W. POON, SBN 219843<br>    jpoon@gibsondunn.com<br>JASON LO, SBN 219030<br>    jlo@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>JOSEPH TARTAKOVSKY (SBN 282223)<br>    JTartakovsky@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Phone: 415.393.8388<br>Facsimile: 415.374.8422 | YAN ZHANG (SBN 248531)<br>    Yan.zhang@bakerbotts.com<br>BAKER BOTTS LLP<br>1001 Page Mill Road, Building One, Suite 200<br>Palo Alto, CA 94304<br>Telephone: 650.739.7500<br>Facsimile: 650.739.7600<br><br>CARL OBERDIER (admitted *pro hac vice*)<br>    cwo@oberdier.com<br>KELLEN RESSMEYER (admitted *pro hac vice*)<br>    kgr@oberdier.com<br>OBERDIER RESSMEYER LLP<br>655 Third Avenue, 28th Floor<br>New York, New York 10017<br>Telephone: 212.659.5141<br>Facsimile: 646.349.4925 |

*Attorneys for Petitioners*
CHINA FORTUNE LAND DEVELOPMENT
*and* GLOBAL INDUSTRIAL INVESTMENT LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA FORTUNE LAND DEVELOPMENT and GLOBAL INDUSTRIAL INVESTMENT LTD.,<br><br>            Petitioners,<br><br>    vs.<br><br>1955 CAPITAL FUND I GP LLC AND 1955 CAPITAL CHINA FUND GP LLC,<br><br>            Respondents. | CASE NO. 3:19-cv-07043 (VC)<br><br>**[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION FOR APPROVAL TO POST CASH BOND IN COURT REGISTRY FUND AND STAY EXECUTION OF JUDGMENT** |

**[~~PROPOSED~~] ORDER**

Now before the Court is Petitioners China Fortune Land Development and Global Industrial Investment Ltd. (together, "Petitioners")'s Unopposed Motion for Approval to Post Cash Bond in Court Registry Fund and Stay of Execution of Judgment.

Having considered Petitioners' Motion, the parties' stipulation, and any arguments or submissions related thereto, the Court hereby GRANTS Petitioners' Motion.

The Court finds that the proposed undertaking is in proper form and is adequate to protect Respondents during the pendency of Petitioners' appeal of the Judgment entered on February 14, 2020 ("Judgment").

NOW THEREFORE, for good cause shown, pursuant to Federal Rule of Civil Procedure 62(b) and Civil Local Rule 65.1-1(b), the Court hereby approves the aforementioned proposed undertaking, which shall be deemed approved and filed as of the date of this Order.

Pursuant to Federal Rule of Civil Procedure 62(b), execution on the Judgment, and any proceedings to enforce it, shall be stayed pending the final disposition of Petitioners' appeal of the Judgment.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ____March____ _3_, 2020          _____
                                                    Hon. Vince Chhabria
                                                    United States District Judge