ROBERT P. VARIAN (SBN 107459)
Email:  rvarian@orrick.com
RUSSELL P. COHEN (SBN 213105)
Email:  rcohen@orrick.com
LACEY BANGLE (SBN 284773)
Email:  lbangle@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:  (415) 773 5700
Facsimile:   (415) 773 5759

Attorneys for Respondents
1955 CAPITAL FUND I GP LLC AND
1955 CAPITAL CHINA FUND GP LLC

[additional counsel appears on the signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHINA FORTUNE LAND DEVELOPMENT and GLOBAL INDUSTRIAL INVESTMENT LIMITED,<br><br>                    Petitioners,<br><br>          v.<br><br>1955 CAPITAL FUND I GP LLC and 1955 CAPITAL CHINA FUND GP LLC,<br><br>                    Respondents. | Case No. 19-cv-07043-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO PETITIONERS' MOTION TO VACATE AND FOR RELIEF FROM JUDGMENT**<br><br>Judge: Hon. Vince Chhabria |

4128-4788-7145.2

Pursuant to Local Rules 6-1(b) and 6-2, Petitioners China Fortune Land Development and Global Industrial Investment Limited ("Petitioners") and Respondents 1955 Capital Fund I GP LLC and 1955 Capital China Fund GP LLC ("Respondents") (collectively, the "Parties"), by and through their respective counsel hereby stipulate and agree as follows:

WHEREAS, Petitioners filed their Motion to Vacate and for Relief from Judgment ("Motion") on November 25, 2020 (Dkt. No. 84);

WHEREAS, Respondents have 14 days (or until December 9, 2020) to submit their response to the Motion pursuant to L.R. 7-3(a);

WHEREAS, Petitioners have 7 days (or until December 16, 2020) to submit their reply in support of the Motion pursuant to L.R. 7-3(c);

WHEREAS, the hearing on the Motion is scheduled for January 7, 2021 at 10:00 a.m.;

WHEREAS, the Parties have conferred and agree to extend the deadlines by two days to account for the Thanksgiving holiday.  This extension does not affect the scheduled motion hearing; and

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their respective counsel of record and subject to Court approval, as follows:

- Respondents' Response to the Motion to Vacate and for Relief from Judgment will be due on December 11, 2020;
- Petitioners' Reply in support of the Motion to Vacate and for Relief from Judgment will be due on December 18, 2020; and
- The hearing on the Motion to Vacate and for Relief from Judgment will be on January 7, 2021 at 10:00 a.m.

**IT IS SO STIPULATED**.

4128-4788-7145.2

1    Dated:  December 3, 2020                    ORRICK, HERRINGTON & SUTCLIFFE LLP

2

3                                                By:  _____*Russell P. Cohen*_____
                                                            RUSSELL P. COHEN
4
                                                      Attorneys for Respondents
5                                                     1955 Capital Fund I GP LLC and
                                                      1955 Capital China Fund GP LLC
6

7    Dated:  December 3, 2020                    BAKER BOTTS LLP

8

9                                                By:  _____*Cheryl A. Cauley*_____
                                                            CHERYL A. CAULEY
10
                                                      Attorney for Petitioners
11                                                    China Fortune Land Development and
                                                      Global Industrial Investment Limited
12

13

14                              **FILER'S ATTESTATION**

15        Pursuant to Civil Local Rule 5-1(a), I attest that concurrence in the filing of this

16   document has been obtained from each of the other signatories hereto.

17

18   Dated:  December 3, 2020                    ORRICK, HERRINGTON & SUTCLIFFE LLP

19

20                                               By:  _____*Russell P. Cohen*_____
                                                            RUSSELL P. COHEN
21
                                                      Attorneys for Respondents
22                                                    1955 Capital Fund I GP LLC and
                                                      1955 Capital China Fund GP LLC
23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO
EXTEND TIME TO RESPOND TO MOTION TO
VACATE, CASE NO. 19-CV-07043-VC

4128-4788-7145.2

1                                          **\*\*\*\***

2           **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

3

4

5 Date: _____ 2020

                                 _____

6                                    HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO
EXTEND TIME TO RESPOND TO MOTION TO
VACATE, CASE NO. 19-CV-07043-VC

4128-4788-7145.2