ROBERT P. VARIAN (SBN 107459)
*Email: rvarian@orrick.com*
RUSSELL P. COHEN (SBN 213105)
*Email: rcohen@orrick.com*
LACEY BANGLE (SBN 284773)
*Email: lbangle@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:  (415) 773 5700
Facsimile:  (415) 773 5759

Attorneys for Respondents
1955 CAPITAL FUND I GP LLC AND
1955 CAPITAL CHINA FUND GP LLC

[additional counsel appears on the signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHINA FORTUNE LAND DEVELOPMENT and GLOBAL INDUSTRIAL INVESTMENT LIMITED,<br><br>Petitioners,<br><br>v.<br><br>1955 CAPITAL FUND I GP LLC and 1955 CAPITAL CHINA FUND GP LLC,<br><br>Respondents. | Case No. 19-cv-07043-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO PETITIONERS' MOTION TO VACATE AND FOR RELIEF FROM JUDGMENT**<br><br>Judge: Hon. Vince Chhabria |

1    Pursuant to Local Rules 6-1(b) and 6-2, Petitioners China Fortune Land Development
2    and Global Industrial Investment Limited ("Petitioners") and Respondents 1955 Capital
3    Fund I GP LLC and 1955 Capital China Fund GP LLC ("Respondents") (collectively, the
4    "Parties"), by and through their respective counsel hereby stipulate and agree as follows:
5    WHEREAS, Petitioners filed their Motion to Vacate and for Relief from Judgment
6    ("Motion") on November 25, 2020 (Dkt. No. 84);
7    WHEREAS, Respondents have 14 days (or until December 9, 2020) to submit their
8    response to the Motion pursuant to L.R. 7-3(a);
9    WHEREAS, Petitioners have 7 days (or until December 16, 2020) to submit their
10   reply in support of the Motion pursuant to L.R. 7-3(c);
11   WHEREAS, the hearing on the Motion is scheduled for January 7, 2021 at 10:00
12   a.m.;
13   WHEREAS, the Parties have conferred and agree to extend the deadlines by two days
14   to account for the Thanksgiving holiday.  This extension does not affect the scheduled
15   motion hearing; and
16   NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties,
17   through their respective counsel of record and subject to Court approval, as follows:
18   • Respondents' Response to the Motion to Vacate and for Relief from Judgment
19       will be due on December 11, 2020;
20   • Petitioners' Reply in support of the Motion to Vacate and for Relief from
21       Judgment will be due on December 18, 2020; and
22   • The hearing on the Motion to Vacate and for Relief from Judgment will be on
23       January 7, 2021 at 10:00 a.m.
24   **IT IS SO STIPULATED**.

- 1 -

STIPULATION AND [PROPOSED] ORDER TO
EXTEND TIME TO RESPOND TO MOTION TO
VACATE, CASE NO. 19-CV-07043-VC

4128-4788-7145.2

| | | |
|---|---|---|
| 1 | Dated:  December 3, 2020 | ORRICK, HERRINGTON & SUTCLIFFE LLP |

By: *Russell P. Cohen*
        RUSSELL P. COHEN

Attorneys for Respondents
1955 Capital Fund I GP LLC and
1955 Capital China Fund GP LLC

Dated:  December 3, 2020    BAKER BOTTS LLP

By: *Cheryl A. Cauley*
        CHERYL A. CAULEY

Attorney for Petitioners
China Fortune Land Development and
Global Industrial Investment Limited

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(a), I attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated: December 3, 2020    ORRICK, HERRINGTON & SUTCLIFFE LLP

By: *Russell P. Cohen*
        RUSSELL P. COHEN

Attorneys for Respondents
1955 Capital Fund I GP LLC and
1955 Capital China Fund GP LLC

- 2 -

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO RESPOND TO MOTION TO VACATE, CASE NO. 19-CV-07043-VC

4128-4788-7145.2

\*\*\*\*

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Date: December 4, 2020

