UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA FORTUNE LAND DEVELOPMENT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> 1955 CAPITAL FUND I GP LLC, et al., <br><br> Defendants. | Case No.  19-cv-07043-VC <br><br> **ORDER DENYING MOTION TO VACATE JUDGMENT; GRANTING MOTIONS TO SEAL** <br><br> Re: Dkt. Nos. 84, 85, 91, 92, 99, 101 |

The motion to vacate the judgment is denied. *See* Fed. R. Civ. P. 62.1(a)(2); *Midland Innovations, NV v. Wang*, 815 F. App'x 200, 201 (9th Cir. 2020). The motions to file under seal are granted. *See* Dkt. Nos. 84, 92, 99, 101. The stipulation to remove the document filed at Dkt. No. 84-9 is granted. *See* Dkt. No. 91.

**IT IS SO ORDERED.**

Dated: January 4, 2021

_____
VINCE CHHABRIA
United States District Judge